UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE A. ZIOLA )
    Plaintiff, )
      )   Case No. 8:10-cv-01942-EAK-EAJ
vs. )
  )
NORTHSTAR LOCATION )
SERVICES, LLC, )
    Defendant. )
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties herein, by and through their undersigned counsel, and would represent to the Court that this matter has been amicably resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys fees.

Respectfully submitted this 27th day of June, 2011.


/s/ Alan C. Ewbank
Alan C. Ewbank, Esq.
Florida Bar No.: 0191752
ALAN C. EWBANK, P.A.
Attorneys for the Plaintiff
10760 W. Bloomingdale Ave.
Riverview, FL 33578
Telephone: (813) 661-6666
Fax: (813) 661-6669
Email: aceatty@aol.com

/s/ Mark Rabin
Mark Rabin, Esq.
Florida Bar No.: 0810681
DOUBERLEY & CICERO
Attorneys for Defendant
1000 Sawgrass Corporate Parkway
Suite 590
Sunrise, FL 33323
Telephone: (954) 838-8832
Fax: (954) 838-8842
Email: mrabin@chubb.com